NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VOIP-PAL.COM, INC.,**
*Plaintiff-Appellant*

**v.**

**APPLE, INC.,**
*Defendant-Appellee*

---

2020-1241

---

Appeal from the United States District Court for the Northern District of California in No. 5:18-cv-06216-LHK, Judge Lucy H. Koh.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**VOIP-PAL.COM, INC.,**
*Plaintiff-Appellant*

**v.**

**AMAZON.COM, INC., AMAZON TECHNOLOGIES, INC.,**
*Defendants-Appellees*

---

2020-1244

---

Appeal from the United States District Court for the Northern District of California in No. 5:18-cv-07020-LHK, Judge Lucy H. Koh.

---

**JUDGMENT**

---

LEWIS EMERY HUDNELL, III, Hudnell Law Group PC, Mountain View, CA, for plaintiff-appellant.

MARK ANDREW PERRY, Gibson, Dunn & Crutcher LLP, Washington, DC, for defendant-appellee Apple, Inc.  Also represented by BRIAN BUROKER; RYAN IWAHASHI, Palo Alto, CA.

DANIEL T. SHVODIAN, Perkins Coie, LLP, Palo Alto, CA, for defendants-appellees Amazon Technologies, Inc., Amazon.com, Inc.  Also represented by WING LIANG; NATHAN K. KELLEY, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 3, 2020      /s/ Peter R. Marksteiner
        Date        Peter R. Marksteiner
                    Clerk of Court